IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLY TYLER, | ) | |
|---|---|---|
| | ) | 8:06cv509 |
| Petitioner, | ) | |
| | ) | MEMORANDUM AND ORDER |
| vs. | ) | |
| | ) | |
| JOSEPH F. BATAILLON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on what appears to be a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Billy Tyler, a prisoner in the custody of the Nebraska Department of Correctional Services ("§ 2254 petition").[1] The petitioner may not file any more § 2254 petitions regarding the sentence he is presently serving, absent certification by a panel of the Eighth Circuit Court of Appeals authorizing this court to consider a successive petition. See generally 28 U.S.C. § 2244(b); Stewart v. Martinez-Villareal, 523 U.S. 637, 641 (1998).

THEREFORE, IT IS ORDERED:

1.  That Filing No. 2, the petitioner's Motion to Proceed In Forma Pauperis, is denied;

1.  That the Petition for Writ of Habeas Corpus is dismissed; and

2.  That a separate judgment will be entered accordingly.

DATED this 26th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] The document is entitled "petition." The remaining content of the document expresses the petitioner's frustration.