IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,           )<br>                              )<br>         Petitioner,   )<br>                              )<br> vs.                        )<br>                              )<br>JOSEPH F. BATAILLON, et al.,   )<br>                              )<br>         Respondents.  ) | 8:06cv509<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Filing Nos. 7 and 9, two post-judgment motions to arrest judgment filed by the petitioner, Billy Tyler.  Judgment has been entered in the above-entitled case, and the time for appeal has expired.  Therefore, no further action will be taken by the court, and Filing Nos. 7 and 9 are denied.

SO ORDERED.

DATED this 23rd day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge